UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

JS-6

| | |
|---|---|
| SOUTHERN CALIFORNIA UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS JOINT PENSION FUND, AND FRANK JORGENSEN AND GREG CONGER, ITS TRUSTEES,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JERRY L. PRESTON, et al.,<br><br>　　　　Defendants. | CASE NO. CV10-01486 JVS (MLGX)<br><br><br>JUDGMENT |

On October 24, 2011, the Court granted summary judgment against the following defendants in this action:

1. Jerry L. Preston;
2. Doheny Enterprises, LLC;
3. Doheny Enterprises II, LLC;
4. Doheny V, LLC;
5. Doheny Management, Inc.;
6. Pt. Dume Shopping Center, LLC;
7. Brahms Real Estate, LLC;
8. Doheny Sierra, LLC;
9. Doheny Partners, Inc.;
10. Blue Oak, LP;
11. Oak Capital Advisors, LLC; and
12. Black Oak, LP.

On April 4, 2012, the Court issued an order approving a stipulated judgment

against Defendant,

13. The Preston Family Trust of 1999.

Plaintiffs' claims against the three other defendants have been dismissed without prejudice.

It is ORDERED AND ADJUDGED that Plaintiff Pension Fund shall have judgment against the thirteen Defendants named above, and each of them, for $488,345.33 (as of May 18, 2012), with interest thereafter at the rate of $46.04 per day (pursuant to (b) and (e) below), and costs of suit herein.

Each Defendant shall be jointly and severally liable for the Default Judgment against Cooke's Family Markets, Inc., entered on February 26, 2009 in case no. SACV-08-1372 CJC (attached hereto as Exhibit A). The Judgment in this matter is comprised of the following components in the Default Judgment:

(a) Withdrawal liability in the amount of $412,743.00

(b) Pre-Default Judgment Interest on said withdrawal liability of $8,253.27 through February 1, 2009 and accruing at the rate of $45.83 per day (pursuant to 26 U.S.C. §6621) thereafter;

(c) Attorney's fees on the Default Judgment in the amount of $11,584.86;

(d) Costs on the Default Judgment in the amount of $469.95;

(e) Interest on said attorney's fees and costs accruing at the rate of at $0.21 per day (pursuant to 29 U.S.C. §1961) after February 26, 2009.

DATED: May 31, 2012

_____
James V. Selna
United States District Judge

Presented by:

1  D. WILLIAM HEINE, (111079)
   LUCAS OPPENHEIM (254477)
2  SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
   6300 Wilshire Boulevard, Suite 2000
3  Los Angeles, California 90048-5268

4  Telephone:  (323) 655-4700
   Facsimile:  (323) 655-4488
5  E-mail:     dwh@ssdslaw.com

6  Attorneys for Plaintiffs
   Southern California United Food and Commercial Workers
7       Unions and Food Employers Joint Pension Trust Fund
        and its Trustees